**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SOBEIDA ROSMIRA DURAN SEGOVIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-485 |
| | ) | Judge Stephanie L. Haines |
| KURT WOLFORD, *in his official capacity as* | ) | Magistrate Judge Richard A. Lanzillo |
| *Warden of Cambria County Prison, et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Presently before the Court is an Emergency Motion to Stay filed *pro se* by Sobeida Rosmira Duran Segovia ("Petitioner") (ECF No. 26). Petitioner is under final orders of removal and is detained by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), at Cambria County Prison. Petitioner is under a final order of removal and has been in continuous detention since October 28, 2025. She seeks a stay to preserve the status quo, to remain at Cambria County Prison and not be transferred to another detention facility, and requests the Court order that she receive advance notice of any transfer or removal. This matter was referred to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On May 28, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 32) recommending that the Motion (ECF No. 26) be denied. Judge Lanzillo found that Petitioner's requests did not satisfy the elements for preliminary injunctive relief. The Parties were provided with 14 days to file objections to the Report and Recommendation. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed and the time to do so has expired.

1

Upon review of the record and the Report and Recommendation (ECF No. 32) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and under Local Civil Rule 72.D.2, the Court will accept Magistrate Judge Lanzillo's determination that Petitioner Motion to Stay should be denied. Judge Lanzillo correctly found that the Court lacks jurisdiction to rule upon matters of transfer and removal of detainees under final order of removal. This Court also agrees that Petitioner's request for advance notice of transfer or removal does not satisfy the requirement of irreparable harm. There is no irreparable harm that will come from a transfer or a legally supported removal under 8 U.S.C. § 1231.

Accordingly, the following order is entered:

## ORDER

AND NOW, this 18th day of June, 2026, IT IS ORDERED that the Emergency Motion to Stay (ECF No. 26) hereby is DENIED; and,

IT IS FURTHER ORDERED that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 32) is adopted as the Opinion of the Court.

This case is returned to the jurisdiction of the magistrate judge for any future proceedings.

_____
Stephanie L. Haines
United States District Judge

2