IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SOBEIDA ROSMIRA DURAN SEGOVIA,    )
                                                                    )
                         Petitioner,                       )
                                                                    )
           vs.                                                  )      Civil Action No. 3:25-cv-485
                                                                    )      Judge Stephanie L. Haines
KURT WOLFORD, *in his official capacity as*    )      Magistrate Judge Richard A. Lanzillo
*Warden of Cambria County Prison, et al.*,         )
                                                                    )
                        Respondents.                    )

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Sobeida Rosmira Duran Segovia ("Petitioner") (ECF No. 1). Petitioner was detained by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), on October 28, 2025, and has been in continuous detention in Cambria County Prison since that time. She has been under a final order of removal since April 14, 2026. Petitioner seeks immediate release or in the alternative a bond hearing. This matter was referred to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On June 3, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 33) recommending that the Petition (ECF No. 1) be denied without prejudice. Petitioner was advised she could file objections to the Report and Recommendation within ten days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner did not file Objections and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 33) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100

1

(3d Cir. 2017) (standard of review when no timely and specific objections are filed), and under Local Civil Rule 72.D.2, the Court will accept Magistrate Judge Lanzillo's determination that Petitioner's request for relief is premature given her April 14, 2026, permanent order of removal under 8 U.S.C. § 1231.

As stated by Judge Lanzillo, Petitioner's calculation of time in detention is not automatically considered in the aggregate. While the entire of duration of time spent in detention can be considered when assessing due process claims, the *Zadvydas v. Davis* Court was primarily concerned with firmly establishing that indefinite detention is unlawful. *See* 533 U.S. at 682, 695 (2001) ("[T]he issue we address is whether aliens that the Government finds itself unable to remove are to be condemned to an indefinite term of imprisonment within the United States."). Each individual detention must be evaluated by its own unique factual circumstances to ensure it accords with the law: i.e., lasts only so long as removal is reasonably foreseeable. *See Zadvydas*, 533 U.S. at 699 ("[W]e conclude that, once removal is no longer reasonably foreseeable, continued detention is no longer authorized by statute."). In this case, as Judge Lanzillo notes, Petitioner has been under a final order of removal for less than two months and there is no argument presented that her removal is not likely in the reasonably foreseeable future.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 18th day of June, 2026, IT IS ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DENIED without prejudice; and,

IT IS FURTHER ORDERED that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 33) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

_____
Stephanie L. Haines
United States District Judge